1  I PATRICK H. HICKS, ESQ., Bar # 4632
   ETHAN D. THOMAS, ESQ., Bar #12874
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada  89169.5937
4  Telephone: 702.862.8800
   Fax No.:    702.862.8811
5  Email:       phicks@littler.com
                edthomas@littler.com
6
   Attorneys for Defendants
7  CAESARS ENTERPRISE SERVICES, LLC;
   HARRAH'S LAUGHLIN, LLC
8

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE ROGERS,<br><br>        Plaintiff,<br><br>v.<br><br>CAESARS ENTERPRISE SERVICE, LLC d/b/a and a/k/a HARRAH'S LAUGHLIN; HARRAH'S LAUGHLIN, LLC d/b/a and a/k/a HARRAH'S LAUGHLIN, EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-01191-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CAESARS ENTERPRISE SERVICES, LLC WITHOUT PREJUDICE AND TO AMEND THE CASE CAPTION** |

    Defendants CAESARS ENTERPRISE SERVICES, LLC and HARRAH'S LAUGHLIN, LLC ("Defendants") and Plaintiff BONNIE ROGERS ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to the dismissal of Defendant CAESARS ENTERPRISE SERVICES, LLC, without prejudice.

///

///

///

The parties also stipulate to correct the case caption to reflect HARRAH'S LAUGHLIN, LLC, the entity which employed Plaintiff during the relevant time period, is the only remaining Defendant in the case.

Dated:  August 20, 2021

GABROY LAW OFFICES

By: */s/ Christian Gabroy*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
*Attorneys for Plaintiff*
*BONNIE ROGERS*

Dated:  August 20, 2021

LITTLER MENDELSON, P.C.

By:*/s/ Ethan D. Thomas*
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ
*Attorneys for Defendants*
*CAESARS ENTERPRISE SERVICES,*
*LLC; HARRAH'S LAUGHLIN, LLC*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 20th day of August, 2021.