1  PATRICK H. HICKS, ESQ., Bar # 4632
2  ETHAN D. THOMAS, ESQ., Bar #12874
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:      702.862.8811
   Email:        phicks@littler.com
6                edthomas@littler.com

7  Attorneys for Defendant
   HARRAH'S LAUGHLIN, LLC
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE ROGERS, an individual,<br><br>           Plaintiffs,<br><br>vs.<br><br>HARRAH'S LAUGHLIN, LLC d/b/a and a/k/a HARRAH'S LAUGHLIN, EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>           Defendants. | Case No. 2:21-cv-01191-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff BONNIE ROGERS and Defendant HARRAH'S LAUGHLIN, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated: October 13, 2021

GABROY LAW OFFICES

By: */s/ Christian Gabroy*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
*Attorneys for Plaintiff*
*BONNIE ROGERS*

Dated: October 13, 2021

LITTLER MENDELSON, P.C.

By: */s/ Ethan D. Thomas*
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ
*Attorneys for Defendants*
*HARRAH'S LAUGHLIN, LLC*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 16th day of October, 2021.

4831-6789-9647.1 / 083558-1246

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800